UNPUBLISHED

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

No. 02-1094

TYRONE A. ANDREWS,

Plaintiff - Appellant,

versus

DISTRICT ATTORNEYS OFFICE OF DURHAM COUNTY,

Defendant - Appellee.

Appeal from the United States District Court for the Middle District of North Carolina, at Greensboro. N. Carlton Tilley, Jr., Chief District Judge. (CA-00-738-1)

Submitted: June 28, 2002                    Decided: July 24, 2002

Before WILLIAMS, MICHAEL, and KING, Circuit Judges.

Affirmed by unpublished per curiam opinion.

Tyrone A. Andrews, Appellant Pro Se.  Staci Tolliver Meyer, Assistant Attorney General, Michael F. Easley, OFFICE OF THE ATTORNEY GENERAL OF NORTH CAROLINA, Raleigh, North Carolina, for Appellee.

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

PER CURIAM:

Tyrone A. Andrews appeals the district court's order granting summary judgment to Defendant in his employment discrimination action and the magistrate judge's order granting Defendant's motion to strike Andrews' amended complaint and denying Andrews' motions to compel discovery. We have reviewed the record, the magistrate judge's order, and the district court's opinion and find no reversible error. Accordingly, we affirm on the reasoning of the district court. See Andrews v. Dist. Attorneys Office, No. CA-00-738-1 (M.D.N.C. Oct. 1, 2001; Jan. 11, 2002). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

AFFIRMED

2